**ROBINS KAPLAN LLP**
David Martinez, State Bar No. 193183
DMartinez@RobinsKaplan.com
Jessica Pettit, State Bar No. 320482
JPettit@RobinsKaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: 310-552-0130
Facsimile: 310-229-5800

Tara Sutton (*pro hac vice*)
TSutton@RobinsKaplan.com
Gary Wilson, State Bar No. 139358
GWilson@RobinsKaplan.com
Philip Sieff (*pro hac vice)*
PSieff@RobinsKaplan.com
Jason DePauw (*pro hac vice*)
JDePauw@RobinsKaplan.com
Rashanda Bruce (*pro hac vice*)
RBruce@RobinsKaplan.com
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
Attorneys for Plaintiffs

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BRIAN KELLEY and ROBIN KELLEY, Individually, and as Personal Representatives and General Co-Administrators of THE ESTATE OF J.K., their minor child, deceased; J.O., a minor, Individually, and as Successor-in-Interest to THE ESTATE OF H.H., deceased, and as Successor-in-Interest to THE ESTATE OF SARA SCHNEIDER, deceased, by and through his Guardian ad Litem, JUDY SCHNEIDER,

Plaintiffs,

v.

AW DISTRIBUTING, INC.; AW PRODUCT SALES & MARKETING, INC.; AW & HO (HOLDINGS), INC.; KENNIC HO; ALICE HO; WALMART INC.; WAL-MART STORES, INC.; WAL-MART STORES EAST, LP; WAL-MART STORES EAST, LLC; DAIHO SANGYO, INC.; AND JOHN DOE COMPANY DEFENDANTS #1–10,

Defendants.

Case No. 4:20-CV-06942-JSW

**JOINT STIPULATION TO EXTEND MEDIATION DEADLINE UNTIL JULY 31, 2022 AND ~~[PROPOSED]~~ ORDER**



92770302.1
DRAFT 04/07/22 10:34AM

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In accordance with FRCP 16(b)(4), all parties stipulate that there is good cause to modify the existing Scheduling Order to extend the Parties' Mediation deadline until July 31, 2022 and respectfully request the Court adopt the proposed modifications, as follows:

**A. GOOD CAUSE TO EXTEND THE MEDIATION DEADLINE.**

1. WHEREAS, the current mediation deadline is April 31, 2022. [Dkt. 182.]

2. WHEREAS, the parties have conferred regarding the Mediation deadline.

3. WHEREAS, the parties believe that they need additional time to prepare for a fruitful Mediation.

4. WHEREAS, the parties agree to July 31, 2022 as a new Mediation deadline.

5. WHERAS, extending the Mediation deadline to July 31, 2022 will not move any other current deadlines.

6. WHEREAS, the parties respectfully submit that there is thus good cause to modify the Scheduling Order to extend the Mediation deadline.

IT IS HEREBY STIPULATED, as follows:

**B. REQUESTED MODIFICATION TO CASE MANAGEMENT DATES.**

17. Subject to the Court's consent as required by Fed. R. Civ. P. 16(b)(4), the parties stipulate to the following modified case management dates:

Deadline for Mediation: July 31, 2022

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 8, 2022

**ROBINS KAPLAN LLP**

By: */s/ David Martinez*

David Martinez, State Bar No. 193183
dmartinez@robinskaplan.com
Jessica M. Pettit, State Bar No. 320482
JPettit@RobinsKaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: 310-552-0130

Facsimile: 310-229-5800

Tara Sutton (*pro hac vice*)
tsutton@robinskaplan.com
Gary Wilson, State Bar No. 139358
gwilson@robinskaplan.com
Philip Sieff (*pro hac vice*)
Psieff@robinskaplan.com
Jason DePauw (*pro hac vice*)
jDePauw@robinskaplan.com
Rashanda Bruce (*pro hac vice*)
rbruce@robinskaplan.com
800 LaSalle Avenue Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Counsel for Plaintiffs

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

Dated: April 8, 2022

**TYSON & MENDES, LLP**

By: */s/ James E. Sell*

James E. Sell, State Bar No. 13593
jsell@tysonmendes.com
Richard Dieffenbach, State Bar No. 102663
rdieffenbach@tysonmendes.com
Molly A. Gilardi, State Bar No. 229963
mgilardi@tysonmendes.com
Phillip Downs, State Bar No. 302939
pdowns@tysonmendes.com
371 Bel Marin Keys Boulevard, Suite 100
Novato, CA 94949
Telephone: 628-253-5070
Facsimile: 415-785-3165

Counsel for Defendants AW Distributing, Inc., AW Product Sales Marketing, Inc., Kennic Ho, and Alice Wong

Dated: April 8, 2022

**HENNEFER FINLEY & WOOD LLP**

By: */s/ Steven C. Finley*

Steven C. Finley, State Bar No. 074391
Hennefer Finley & Wood LLP
11 Embarcadero West, Suite 140
Oakland, CA 94607

Counsel for Defendant AW & HO (Holdings), Inc.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

Dated: April 8, 2022

**PHILLIPS, SPALLAS & ANGSTADT LLP**

By: */s/ Robert K. Phillips*

Robert K. Phillips, State Bar No. 135088
rphillips@psalaw.net
Alyce W. Foshee, State Bar No. 300148
afoshee@psalaw.net
560 Mission St., Ste. 1010
San Francisco, CA 94105
Telephone: 415-278-9400
Facsimile: 415-278-9411
Counsel for Defendants Walmart, Inc.; Wal-Mart Stores, Inc., Wal-Mart Stores East, LP; Wal-Mart Stores East, LLC

Dated: April 8, 2022

**MEAGHER + GEER, P.L.L.P.**

By: */s/ John C. Hendricks*

John C. Hendricks – SBN 198973
MEAGHER + GEER, P.L.L.P.
444 West Ocean Boulevard, Suite 800
Long Beach, CA 90802
Telephone: (213) 459-5955

Counsel for Defendant Daiho Sangyo, Inc.

**SIGNATURE ATTESTATION**

In compliance with Civil Local Rule 5-1, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Executed this 8th day of April, 2022.

By: */s/ Jessica Pettit*

**ATTORNEY FOR PLAINTIFFS**

~~[PROPOSED]~~

**ORDER AMENDING THE SCHEDULING ORDER**

Good cause appearing therefor, pursuant to the Stipulation of the parties, the Scheduling Order is hereby amended, as follows:

Mediation Deadline: July 31, 2022

Dated: April 11, 2022

By: ______________________
Hon. Jeffrey S. White
Judge of the United States District Court

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS