1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7  BRIAN KELLEY, et al.,                        Case No.  20-cv-06942-JSW

8                 Plaintiffs,

                                                **ORDER TO PLAINTIFFS TO SHOW**
9        v.                                      **CAUSE**

10  AW DISTRIBUTING, INC., et al.,

11                 Defendants.

12

13        Plaintiffs have asserted claims under California's Unfair Competition Law and its False

14  Advertising Law, which provide for restitution and injunctive relief but not damages.  Article III

15  standing is jurisdictional.  In addition, "a plaintiff must demonstrate standing for each claim he

16  seeks to press and for each form of relief that is sought."  *Town of Chester, N.Y v. Laroe Estates,*

17  *Inc.*, 137 S. Ct 1645, 1650 (2017) (quoting *Davis v. Fed. Election Comm'n*, 554 U.S. 724, 734

18  (2008)).[1]  It is not evident that Plaintiffs have Article III standing to pursue these claims.

19  Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE, in writing, by no later than

20  June 22, 2022, why those claims should not be dismissed for lack of standing.

21        **IT IS SO ORDERED**.

22  Dated: June 8, 2022

23        _____

24        JEFFREY S. WHITE
          United States District Judge

25

26

27

28  [1]     A plaintiff seeking relief under the UCL or the FAL also must show they lost money or
property as a result of the defendant's conduct. *See* Cal. Bus. Code §§ 17204, 17535.

United States District Court
Northern District of California